**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| BRUNS DANIEL KIDD,<br><br>        Plaintiff,<br><br>v.<br><br>THE HOME DEPOT, INC. and RELIANCE<br>WORLDWIDE CORPORATION,<br><br>        Defendants. | Case No. |

**COMPLAINT FOR PATENT INFRINGEMENT**
**(INJUNCTIVE RELIEF REQUESTED)**
**(JURY TRIAL DEMANDED)**

Plaintiff Bruns Daniel Kidd, by his undersigned counsel, brings this action against

defendants The Home Depot, Inc. ("Home Depot") and Reliance Worldwide Corporation

("Reliance") for patent infringement and other relief. In support of his complaint, plaintiff

alleges, on personal knowledge as to his own actions and on information and belief as to the

activities of others, as follows:

*Nature of this Action*

1.        After struggling with cost effectively upgrading the plumbing equipment during a

renovation project at his own house, Mr. Kidd turned to his engineering background to invent a

crimping tool that accurately and reliably crimps fittings onto PEX plumbing tubing. Mr. Kidd's

patented product, dubbed the "PEX Pocket Crimper," has enjoyed success in the marketplace as

a high-quality, affordable alternative to the traditional, expensive crimping tools utilized to crimp

fittings onto PEX tubing. Mr. Kidd now seeks to enforce his U.S. patent against defendants

Home Depot and Reliance, which, on information and belief, market, distribute and sell infringing PEX crimp tools.

*The Parties*

2.    Plaintiff Bruns Daniel Kidd is an individual, residing in Limington, Maine.

3.    Mr. Kidd is the inventor and owner of United States Patent No. 8,241,029 ("the '029 patent"), which issued on August 14, 2012, and is titled "Tool to Crimp Non-Metallic Tubing Onto Fittings." A copy of the '029 patent is attached hereto as Exhibit A.

4.    On information and belief, defendant The Home Depot, Inc. is a Delaware corporation with corporate offices located at 2455 Paces Ferry Road, Atlanta, Georgia and retail stores located throughout the United States, including more than ten retail locations in Maine.

5.    On information and belief, defendant Reliance Worldwide Corporation is a Delaware corporation with a place of business at 2400 7th Avenue SW, Cullman, Alabama.

*Jurisdiction and Venue*

6.    This court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a) because this action arises under the patent laws of the United states, including 35 U.S.C. §§ 1 *et seq.*

7.    This district is a proper venue for this action under 28 U.S.C. §§ 1391 and 1400.

8.    This Court has personal jurisdiction over defendant Home Depot. On information and belief, Home Depot, as a retailer of plumbing products, including the infringing product, directly and through intermediaries (including other distributors, retailers and others), ships, distributes, offers for sale, sells and advertises plumbing products, including the infringing product, in the United States and the State of Maine.

9.      Home Depot has purposefully and voluntarily placed the infringing product it sells into the stream of commerce with the expectation that it will be purchased in the District of Maine, and the product is actually sold and purchased in this District.

10.     This Court has personal jurisdiction over defendant Reliance. On information and belief, Reliance, as a distributor of plumbing products, including the infringing product, directly and through intermediaries (including other distributors, retailers and others), ships, distributes, offers for sale, sells and advertises plumbing products, including the infringing product, in the United States and the State of Maine.

11.     Reliance has purposefully and voluntarily placed the infringing product it sells into the stream of commerce with the expectation that it will be purchased in the District of Maine, and the product is actually sold and purchased in this District.

*Defendants' Infringements*

12.     Defendants Home Depot and Reliance make, manufacture, ship, distribute, offer for sale, sell and advertise plumbing tools, including without limitation a PEX crimp tool branded under the "SharkBite" name.

13.     On information and belief, defendants Home Depot and Reliance have infringed and are still infringing one or more claims of the '029 patent by making, manufacturing, using, selling and offering for sale PEX crimp tools that embody the patented invention.

14.     On information and belief, defendants Home Depot and Reliance have knowledge of the '029 patent, though the earliest exact date defendants obtained knowledge of the '029 patent is within the exclusive possession and control of defendants Home Depot and Reliance.

15.     On information and belief, at a minimum, defendant Home Depot was aware of the '029 patent at least as early as September 4, 2012, and defendant Reliance was aware of the '029 patent at least as early as October 31, 2013.

COUNT I
INFRINGEMENT OF U.S. PATENT NO. 8,241,029

16.     Mr. Kidd incorporates by reference and realleges paragraphs 1-15.

17.     Defendants have directly infringed and continue to infringe the '029 patent, either literally or under the doctrine of equivalents, by making, manufacturing, using, selling and/or offering to sell certain products, including the SharkBite PEX crimp tool.

18.     Defendants' activities have been without express or implied license from Mr. Kidd.

19.     Defendants are liable for their infringement of the '029 patent pursuant to 35 U.S.C. §271.

20.     Defendants' infringing acts have caused damage to Mr. Kidd, and Mr. Kidd is entitled to recover from defendants the damages sustained as a result of defendants' wrongful acts in an amount subject to proof at trial.

21.     Defendants' infringement of Mr. Kidd's exclusive rights under the '029 patent will continue to cause damage to Mr. Kidd, causing irreparable harm for which there is no adequate remedy at law, unless defendants are enjoined by this Court.

22.     Upon information and belief, defendants' infringement of the '029 patent is willful and deliberate, entitling Mr. Kidd to increased damages under 35 U.S.C. §284 and to attorneys' fees and costs incurred in prosecuting this action under 35 U.S.C. §285.

*Prayer for Relief*

WHEREFORE, plaintiff Bruns Daniel Kidd requests entry of judgment in his favor and against defendants Home Depot and Reliance as follows:

(a)      A declaration that Home Depot has infringed, and is infringing, U.S. Patent No. 8,241,029;

(b)      A permanent injunction enjoining Home Depot and its officers, agents, employees, subsidiaries, and those acting in privity or concert with them, including related individuals and entities, customers, representatives, dealers, distributors, from further infringement of U.S. Patent No. 8,241,029;

(c)      An award of damages arising out of Home Depot's infringement of U.S. Patent No. 8,241,029, including enhanced damages pursuant to 35 U.S.C. §284, together with prejudgment and post-judgment interest, in an amount according to proof;

(d)      A declaration that Reliance has infringed, and is infringing, U.S. Patent No. 8,241,029;

(e)      A permanent injunction enjoining Reliance and its officers, agents, employees, subsidiaries, and those acting in privity or concert with them, including related individuals and entities, customers, representatives, dealers, distributors, from further infringement of U.S. Patent No. 8,241,029;

(f)      An award of damages arising out of Reliance's infringement of U.S. Patent No. 8,241,029, including enhanced damages pursuant to 35 U.S.C. §284, together with prejudgment and post-judgment interest, in an amount according to proof;

(g)      An award of attorneys' fees and incurred prosecuting this action pursuant to 35 U.S.C. § 285; and

(h)     Costs of suit and such other and further relief as the Court deems just and proper.


Dated: August 13, 2014                          Respectfully Submitted,


                                                 /s/ Sean L. Sweeney
                                                Sean L. Sweeney
                                                TREDECIM LLC
                                                P.O. Box 9739
                                                Portland, ME  04104
                                                (207) 221-6100
                                                sean@tredecimlaw.com

                                                *Attorney for the Plaintiff*


## DEMAND FOR JURY TRIAL

Plaintiffs demand trial by jury of all issues so triable.

                                                 /s/ Sean L. Sweeney
                                                Sean L. Sweeney